USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
KWAINEE THOMPSON,  :
:
Plaintiff,  :  21-CV-10371 (VEC)
-against-  :
:  ORDER
DEPARTMENT OF CORRECTIONS, et al.,  :
:
Defendant.  :
------------------------------------------------------------ X

WHEREAS on December 29, 2021, Judge Nathan referred this case to Magistrate Judge Moses for general pre-trial management, Dkt. 11;

WHEREAS on April 8, 2022, Defendants filed a Motion to Dismiss, Dkt. 19, which they served on Plaintiff, Dkt. 21; and

WHEREAS on April 10, 2022, this case was reassigned to the Undersigned.

IT IS HEREBY ORDERED that the Court will refer, by separate order, the pending Motion to Dismiss and any future dispositive motions to Magistrate Judge Moses for the preparation of reports and recommendations. Magistrate Judge Moses is directed to set a briefing schedule on the pending Motion to Dismiss.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

**Date: April 11, 2022**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**