```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON, et al.,

    Plaintiffs,

-against-

DEPARTMENT OF CORRECTIONS, et al.,

    Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 8, 2022, defendants filed a motion to dismiss this action and a supporting memorandum. (Dkt. Nos. 19, 20.) Since plaintiff is *pro se*, and incarcerated, the Court *sua sponte* EXTENDS plaintiff's deadline to file his papers in opposition to the motion to dismiss until **May 27, 2022**.

Plaintiff's opposition papers must be **received by May 27, 2022**. Plaintiff is reminded that *pro se* parties may file documents with the Court by using any of the following methods:

    a.    **Drop off** the documents in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

    b.    **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    c.    **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

Plaintiff is further reminded that per the Court's order dated December 6, 2021 (Dkt. No. 5), KWAINE THOMPSON is the only plaintiff in this action.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**