UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

    Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 14, 2022, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), supported by a memorandum of law. (Dkt. Nos. 41, 42.) Since plaintiff is *pro se*, and incarcerated, the Court *sua sponte* EXTENDS plaintiff's deadline to file his papers in opposition to the motion to dismiss until **August 25, 2022**. Defendants' optional reply papers shall be filed no later than **two weeks after plaintiff's opposition papers are received**. Plaintiff's opposition papers must be **received by August 25, 2022**. If plaintiff fails to file timely opposition papers, the motion to dismiss may be deemed unopposed and decided on that basis.

Dated: New York, New York
       July 15, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**