UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

        Plaintiff,

  -against-

DEPARTMENT OF CORRECTION, G.R.V.C., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/10/2023

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' papers in support of their motion to dismiss (Dkts. 41-42, 57), which reference, but do not attach, the lockdown order that, according to defendants, made lawful the restrictions of which plaintiff complains. *See* Dkt. 57 at 2 ("where restrictions or lockdowns are ordered by a court, . . . such restrictions are lawful"). Defendants are hereby directed to file a copy of the referenced lockdown order no later than **February 17, 2023**. If defendants wish to file the order under seal, they shall comply with this Court's individual practices regarding sealing motions.

Dated: New York, New York
       February 10, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**