UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                                        Plaintiff,

                    -against-

CITY OF NEW YORK,

                                        Defendant.

21-CV-10371 (JGLC) (BCM)

**<u>NOTICE OF
REASSIGNMENT</u>**

JESSICA G. L. CLARKE, United States District Judge:

        This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including those in Dkt. No. 72. **Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for *pro se* litigants, which are available at <u>https://nysd.uscourts.gov/hon-jessica-g-l-clarke</u>**

Dated: July 24, 2023
        New York, New York

                                        SO ORDERED.

                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge