UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant has moved, via letter-motion dated August 15, 2023, to dismiss the amended complaint "for Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and for Plaintiff's failure to comply with Court Orders regarding discovery pursuant to Fed. R. Civ. P. 37(b)(2)(A)." (Dkt. 76 at 1.) Plaintiff may respond to defendant's letter-motion, in writing, no later than **September 15, 2023**. <u>Plaintiff is warned that if he fails to timely respond to the motion, his claims may be dismissed</u>.

    With respect to the telephonic status conference scheduled for August 22, 2023 at 10:00 a.m., defendant is reminded of its obligations to "contact Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable" and to "confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference." (Dkt. 73 at 1.)

Dated: New York, New York
       August 16, 2023

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**