UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

         Plaintiff,

-against-

CITY OF NEW YORK,

         Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed today's telephonic status conference, it is hereby ORDERED that:

1. No later than **August 23, 2023**, Defendant shall serve plaintiff with an additional copy of its written discovery requests. This will be the fourth time that defendant has served plaintiff with those requests. (*See generally* Dkt. 76.) Should plaintiff fail to respond to them in accordance with the deadline set forth in ¶ 4 below, the Court may impose sanctions upon him, including the dismissal of his claims.

2. No later than **August 29, 2023**, plaintiff shall serve defendant with his own written discovery requests. This is plaintiff's second deadline for serving his written discovery requests. (*See* Dkt. 72 ¶ 2(a).) Should he fail to serve any written discovery requests by August 29, 2023, he may be precluded from doing so thereafter.

3. No later than **August 29, 2023**, plaintiff shall file a Notice of Change of Address form with the Court. A copy of the form is attached to this Order for the plaintiff's convenience. Plaintiff is reminded that it is his obligation to update the Court whenever his address changes. Should he fail to do so, the Court may impose sanctions upon him, including the dismissal of his claims.

4. No later than **September 25, 2023**, plaintiff shall respond, in writing, to defendant's written discovery requests. Should he fail to do so, the Court may impose sanctions upon him, including the dismissal of his claims.

5. The fact discovery deadline is EXTENDED to **November 22, 2023**.

6. The Court will hold a status conference on **October 25, 2023, at 10:00 a.m.**, via teleconference. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

7. Defendant's letter-motion dated August 15, 2023, seeking an order dismissing plaintiff's claims for failure to prosecute and/or for failure to comply with the Court orders (Dkt. 76) is DENIED without prejudice to renewal in the event plaintiff fails to comply with this Order or his other litigation obligations.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 76.

Dated:  New York, New York
        August 22, 2023

                                      SO ORDERED.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**

IH-34                                                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CITY OF NEW YORK

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 10371 (VEC)(BCM)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Name (Last, First, MI)

Address        City        State        Zip Code

Telephone Number        E-mail Address (if available)

Date        Signature