UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER TO WARDEN REGARDING STATUS CONFERENCE**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/3/2023*

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a status conference, in accordance with Fed. R. Civ. P. 16, via telephone, on **November 13, 2023** at **11:00 a.m.**

    It is hereby **ORDERED** that the Warden or other official in charge of the Mid-State Correctional Facility produce plaintiff KWAINE THOMPSON, Inmate No. 23B0962, on, **November 13, 2023** no later than **10:45 a.m.**, to a suitable location within the Mid-State Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendant's counsel. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time.

    Defendant's counsel must: (1) send this Order to the Warden immediately; (2) contact Mid-State Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
November 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**