USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

            Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    During today's telephonic status conference, *pro se* plaintiff Kwaine Thompson, who is incarcerated at Mid-State Correctional Facility, informed the Court that although he was brought to a telephone for purposes of the conference, his hands were cuffed behind his back and he was required to kneel on the floor in order to get near enough to the telephone to hear and be heard. Thompson further stated that he still had difficulty hearing, because he had been without his hearing aids for approximately one month, and because he was physically and sexually assaulted by other inmates on January 5, 2024, leaving him injured and deaf in one ear. Apparently as a result of that altercation, Thompson explained, he had been placed in the special housing unit ("the box") for an indeterminate period of time, and had thus far been unable to contact his family or obtain medical care for his injuries.

    After discussion, the Court determined that plaintiff was unable to fully participate in today's conference and consequently adjourned it to a date on which it can be conducted via videoconference. The transcript of today's conference, which contains additional details concerning plaintiff's conditions of confinement and claimed injuries, will be placed on the docket and sent it plaintiff when it becomes available.

    Today's status conference is hereby ADJOURNED to **January 17, 2024**, at **11:00 a.m.**, and will take place via Microsoft Teams. Should members of the public wish to listen to the conference, they may do so by dialing (646) 453-4442 and entering Phone Conference ID 440 680 442. The Court will send a videoconference link to the parties via email.

Dated: New York, New York
       January 10, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**