```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER TO SUPERINTENDENT REGARDING STATUS CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a status conference, in accordance with Fed. R. Civ. P. 16, via video, on **January 17, 2024** at **11:00 a.m.**

    It is hereby **ORDERED** that the Superintendent or other official in charge of the Mid-State Correctional Facility produce plaintiff KWAINE THOMPSON, Inmate No. 23B0962, on, **January 17, 2024**, no later than **10:45 a.m.**, to a suitable location within the Mid-State Correctional Facility that is equipped with a computer and audio equipment, for the purpose of participating by *video* in a conference with the Court and defendant's counsel. The Court requests that Thompson's hands <u>not</u> be restrained and that he be provided with his eyeglasses and hearing aid. Thompson may be required to review documents during the conference.

    Defendant's counsel must: (1) send this Order to the Superintendent immediately; (2) contact Mid-State Correctional Facility to provide the necessary videoconferencing information; and (3) confirm that plaintiff has joined the videoconference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
January 10, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**