USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/17/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's status conference, conducted by video, it is hereby ORDERED that the deadline for all remaining fact discovery, including depositions, is EXTENDED to **February 29, 2024**. Defendant shall promptly schedule and conduct plaintiff's deposition. Plaintiff shall bring with him to his deposition: (i) a copy of his written interrogatory responses (which were never received by defendant), and (ii) a copy of the Monkeypox testing poster that he has described (which was likewise never received by defendant).

    During today's conference, plaintiff identified his legal advisor in the state court criminal case that was pending against him while he was held at Rikers Island as Harlan Greenberg, Esq. While defendant is not required to conduct third-party discovery, it may wish to inquire whether Mr. Greenberg can provide copies of the court orders, described by plaintiff, that required him to be tested for Monkeypox as a condition of coming to court.

    The Department of Corrections was dismissed as a defendant on December 28, 2021. (Dkt. 12 at 2.) The Clerk of Court is respectfully directed to amend the caption of the case to conform to the above.

Dated: New York, New York
       January 17, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**