UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

           Plaintiff,

-against-

CITY OF NEW YORK,

           Defendant.

21-CV-10371 (VEC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2024

**BARBARA MOSES, United States Magistrate Judge.**

    The Clerk of Court is respectfully directed to mail a copy of the transcript of proceedings held on January 10, 2024, filed at Dkt. 101, to the *pro se* plaintiff at his listed address.

Dated: New York, New York
       January 30, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**