CC

Clerk of court     21-CV-10371
                   22-CV-01458

TO: Pro-Se Intake Unit                    3/25/24

Judge: Barbara Moses
Judge Katherine Parker

SDNY PRO SE OFFICE

2024 APR -1  PM 12:39

I will like to ask the Judges in this
letter for an A.D.R , I Request
an A.D.R , Thanks for your time and
Considerations, I will like this court to
grant me an "Mediation" a neutral third
party to help me negotiate a mutually satisfactory
agreement resolving all of the Parties dispute.
I also Request in this letter for an (E.N.E); Early
Neutral Evaluation, And I request from this court
an "Limited Scope ADR Counsel" to represent me
at Mediation, so the lawyer can engage in settle-
ment discussions, and request additional discovery
that will assist in the mediation, and meet with
me to prepare me for my mediation if granted.

                    Thanks
                        Sincerely
           for your time & Considerations

P.S
I will like               Kurcaine Thompson
to settle these           DIN# 23 B 0962
Matters A.S.A.P           Collins Corr Facility
                              P.O. box 340
                          Collins, NY,

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK  14034-0340

NAME: _Eurine Thompson_ DIN: _23B0962_

SDNY PRO SE OFFICE

2024 APR -1  PM12: 3?

COLLINS
CORRECTIONAL FACILITY

NEOPOST
03/26/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL
ZIP 14034
041M1455116

Pro-Se unit
Clerk of the court
NY Southern District court
500 Pearl St
NY, NY, 10007

Legal

SDNY