UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2024__

KWAINE THOMPSON,

              Plaintiff,

    -against-

CITY OF NEW YORK,

              Defendant.

21-CV-10371 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States District Judge.**

       The Court has received and reviewed plaintiff Kwaine Thompson's letter, dated March 25 and filed April 1, 2024 (Dkt. 112), requesting a referral to mediation and for *pro bono* counsel to represent him at the mediation in both this case and Case No. 22-CV-1458. No later than **April 5, 2024**, defendant shall advise the Court whether it is willing to participate in a mediation, through the Court-annexed mediation program, as to either or both cases.

Dated:  New York, New York
       April 3, 2024         **SO ORDERED.**

                                         _____

                                         **BARBARA MOSES**
                                         **United States Magistrate Judge**