```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/9/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

                Plaintiff,

        -against-

CITY OF NEW YORK,

                Defendant.

21-CV-10371 (JGLC) (BCM)

**MEDIATION REFERRAL ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that this *pro se* case is referred to the Court-annexed Mediation Program, pursuant to Local Civil Rule 83.9(e)(3). The mediation will take place before a mediator with experience in civil rights litigation. The mediation will take place remotely, because the plaintiff is incarcerated.

It is further ORDERED that the Clerk of Court is requested to locate *pro bono* counsel to represent the plaintiff at the mediation. The time to assign a mediator will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. *Pro bono* counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

The parties are notified that Local Civil Rule 83.9 and the Mediation Program Procedures, available on the Court's website at https://www.nysd.uscourts.gov/programs/mediation-adr, shall govern the mediation. The mediation will have no effect upon any scheduling order issued by the Court.

Dated: New York, New York
        April 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**