UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWAINE THOMPSON,

          Plaintiff,

-against-

CITY OF NEW YORK,

          Defendant.

21-CV-10371 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's Application for the Court to Request Pro Bono Counsel (Dkt 116) is DENIED as MOOT. Plaintiff has already requested *pro bono* counsel for purposes of mediation, in a letter dated March 25, 2024, and filed on April 1, 2024. (Dkt 112.) On April 9, 2024, this Court directed the Clerk of Court to locate *pro bono* counsel to represent plaintiff at mediation. The Office of Pro Se Litigation is in the process of attempting to locate such counsel.

Dated: New York, New York
       June 17, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**