UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Kwaine Thompson                                        :
                                                       :
                   Plaintiff,                          :
                                                       :
     -against-                                         :      21____ Civ. 10371_____ (JGLC__) (BCM__)
                                                       :
                                                       :      NOTICE OF LIMITED APPEARANCE
                                                       :      OF *PRO BONO* COUNSEL
City of New York                                       :
                                                       :
                   Defendant.                          :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

   Enter my appearance as *pro bono* counsel in this case on behalf of:

   __Kwaine Thompson_____ [party]


   for the limited purpose of __representing Plaintiff at court-ordered mediation__. I certify

that I am admitted to practice in this Court.


| January 7, 2025 | /s/ Rebecca Meyer |
|---|---|
| Date | Signature |
| | Rebecca Meyer, 5810692 |
| | Print Name / Bar No. |
| | One Vanderbilt Avenue |
| | Address |
| | New York, NY 10017 |
| | City / State / Zip Code |
| | 212-547-5400 |
| | Phone No. / Fax. No. |
| | bmeyer@mwe.com |
| | Email Address |