

**mwe.com**

Rebecca Meyer
Associate
bmeyer@mwe.com
+1 212 547 5416

May 29, 2025

**VIA ELECTRONIC FILING**

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Thompson v. City of New York* 1:21-cv-10371-JGLC-BCM

Dear Judge Clarke:

    I am writing on behalf of both parties to provide an update on the status of settlement in the above-referenced matter. Both myself and counsel for Defendant, Bryn Ritchie, are aware that Mr. Thompson mailed complete paperwork that the Law Department did not receive. As such, we have been taking steps for the past several weeks to ensure that the paperwork was re-delivered to Mr. Thompson for completion, then returned to Mr. Ritchie for processing. We are pleased to report that Mr. Ritchie received Mr. Thompson's completed paperwork this morning and the settlement is being processed for payment.

    Thank you for your attention to this matter.

Sincerely,

Rebecca Meyer



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*