Kwaine Thompson NYSID:072896610
B&C: 8252500281
Eric M. Taylor Center
10-10 Hazen Street
East Elmhurst, NY 11370



This letter is to discuss my joint status from all parties involved, Regarding my $3,000 settlement, This has not been consumated due to Retaliation from Rikers officers, and If they can use the J. Pay App method to put this $3,000 settlement into my account or western union method. I will gladly accept these methods right away upon reciept of this letter. If not I will like this case to go to trial. sincerely

K. Thompson

Counsel for the parties are hereby ORDERED to submit a joint status letter regarding settlement by no later than May 30, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 27, 2025
⠀⠀⠀⠀⠀New York, New York

---

Michael Stone
141 2500 lys
D.b.c.c
1600 Hazen st
E. Elmhurst NY, 11370

RECEIVED
MAY 20 2025
PRO SE OFFICE

MID-ISLAND NY 117
16 MAY 2025 PM 7 L

Pro-se Intake Unit
Southern District of New York
court house
500 Pearl st
New York, NY, 10007

TO: Pro-Se Intake Unit                          5.14.25
Kusine Thompson
FROM 8252500281         21-CV-10371 (JGLC)
O.B.C.C

**MEMO ENDORSED**

My Mediator Rebecca Myers Had A video confrence with me on 5/13/25 at 5:30 pm and Informed me that my mail IS being tampered with and the 3,000 settlment will not happen because city lawyer Bryn Ritchie did not get documents.

I will like this case to go back to trial because of this tampered mail and delay which IS no fault of my own. I want this action Re-opened because It was not consummated

Sincerely
K Thompson
8252500281

P.S
Have to send this letter In Another Inmate name to make sure It gets to court.

RECEIVED MAY 20 2025 PRO SE OFFICE

Michael Steve
141 2500 148
O.b.C.C
1600 Hazen St
E. Elmhurst, NY, 11370

USM 4P
SDNY

RECEIVED
JUN 11 2025
PRO SE OFFICE

Intake Unit
Southern District of Newyork
court house
500 Pearl St
Newyork, NY 10007

