21-CV-10371
(JGLC-BCM)
6/6/25

TO: Pro Se Intake unit
Katherine H. Parker

PRO SE OFFICE

RECEIVED JUN 11 2025 PRO SE OFFICE

From: Kyle Thompson #8952500281
O.B.C.C. 1600 Hazen St, E. Elmhurst, NY, 11370.

I'm being Retaliated against, as I explained in numerous letters, Not allowed to access U.S.B and now $48.60 was taken off my SecurusTech.Net account. And Here's the assignment code that the money was taken from " aid-JP6-4d1310ec "

Please contact my federal civil attorney Sami Elamad from the atlantic foundation and he will tell you the same. Please Help me get my money back, it's all that I had. thanks! K. Thompson



Michael Stone
141-2500-148
O.B.C.C.
1600 Hazen St
E. Elmhurst, NY, 11370

RECEIVED JUN 11 2025 PRO SE OFFICE

USMS SDNY

Pro-se Intake unit
Southern District of New York
Court House
500 Pearl St
New York, NY 10007