21-CV-10371
(JGLC-BCM)

To: Pro Se Intake unit 6/6/25
Attention: H. Parker

RECEIVED JUN 11 2025 PRO SE OFFICE

From: Kyle Thompson #8952500281
O.B.C.C. 1600 Hazen St, E. Elmhurst, NY, 11370.

I'm being Retaliated against, as I explained in numerous letters, Not allowed to access U.S.B and now $48.60 was taken off my SecurusTech. Net account. And Here's the assignment code that the money was taken from " aid-Jp6-4d1310ec "

Please contact my federal civil attorney Sami Elamad from the atlantic foundation and he will tell you the same. Please Help me get my money back, it's all that I had. Thanks! K. Thompson

Counsel for the parties are directed to look into what is happening regarding Mr. Thompson's concerns as described at ECF Nos. 130, 131, and to submit a status letter to the Court explaining the situation by no later than June 24, 2025.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 16, 2025
      New York, New York

