

**T**HE **C**ITY OF **N**EW **Y**ORK

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRYN M. RITCHIE**
Tel.: 212-356-0885
email: britchie@law.nyc.gov

June 24, 2025

Judge Jessica G.L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Thompson v. City of New York* 1:21-cv-10371-JGLC-BCM

Dear Judge Clarke,

  The undersigned represents the Defendant New York City in the above action. I write jointly with Plaintiffs' settlement counsel, Becca Meyer, in response to the Court's Order (ECF No. 132) that Counsel investigate and address the concerns Mr. Thompson raised in ECF Nos. 130, 131, both filed on the docket June 11, 2025.

  Per the parties' May 29, 2025 letter to the Court, all required settlement documents have been received by this Office; the last documents were received on May 29, 2025. Following internal review of the executed documents for completeness and accuracy, the settlement has been processed by this Office as of June 9, 2025. The Office of the Comptroller will remit payment of the agreed-upon settlement amount to Plaintiff with no further action required by the Plaintiff. The undersigned sent a letter to Mr. Thompson on June 18, 2025, notifying him that his settlement payment is forthcoming and explaining that all settlement documents have been received by this Office.

  To address Mr. Thompson's concern regarding a specific transaction on his account, the undersigned also sent Mr. Thompson a record provided by DOC of his "Inmate ["Person in

Custody"] Transactions" containing Mr. Thompson's transaction history from March 1, 2025, although Mr. Thompson does not provide a date or date range that the purported transaction occurred, to the present. (ECF No. 131). Because this type of concern is typically investigated through the DOC's administrative grievance process, Defendants' counsel also referred Mr. Thompson to that process by e-mail to the attorney Mr. Sami Elamad (ECF No. 131) who Mr. Thompson referred to as knowledgeable of his concerns and appears to be representing him in at least one other matter *Thompson v. City of New York et al.* 22-cv-1458 (JPO)(KHP) and informed him that Mr. Thompson has written the Court here about his concerns. Defendants' counsel also notified Mr. Elamad of Mr. Thompson's concerns regarding access to a USB drive, which appears to be a part of litigation of another matter that Mr. Thompson has brought in this District in *Thompson v. City of New York et al.* 22-cv-1458 (JPO)(KHP) ECF No. 209.

Finally, Ms. Meyer has communicated all of Mr. Thompson's concerns to the New York City Department of Correction Office of General Counsel/Legal Division and requested that each one be investigated. The results of those investigations are pending.

Thank you in advance for your consideration of this matter.

Respectfully Submitted,

/s/

Bryn M. Ritchie
Assistant Corporation Counsel