**sami@the-atlantic-foundation.org**

| | |
|---|---|
| **From:** | Ritchie, Bryn (Law) <britchie@law.nyc.gov> |
| **Sent:** | Tuesday, June 24, 2025 3:13 PM |
| **To:** | sami@the-atlantic-foundation.org |
| **Cc:** | Accarino, Gregory (LAW) |
| **Subject:** | Re: [EXTERNAL] Thompson 21-CV-10371 |

Thanks, I will address these with our DOC representative and return a response.

Get Outlook for iOS

---

**From:** sami@the-atlantic-foundation.org <sami@the-atlantic-foundation.org>
**Sent:** Tuesday, June 24, 2025 11:21:50 AM
**To:** sami@the-atlantic-foundation.org <sami@the-atlantic-foundation.org>; Ritchie, Bryn (Law) <britchie@law.nyc.gov>
**Cc:** Accarino, Gregory (LAW) <GAccari@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Thompson 21-CV-10371

Mr. Ritchie – I have not heard back from you since my email yesterday evening. As you know, the Court directed parties to file a status report and, as of this writing, nothing has been filed on the docket yet. (21-cv-10371)

Mr. Thomspon received the Court's order and telephoned me this morning to request that I advise you of the following:

1. Access to his tablet remains restricted without any reason. Most recently, DOC employee (T. Giddeon) apparently advised Mr. Thompson that his tablet privileges would be revoked for the next thirty days.
2. Mr. Thompson remains unable to access the $40 he was supposed to receive.
3. The tablet additionally supports Mr. Thompson's hearing (he wears a hearing aid), and he has not been able to access common privileges as other inmates because of the tablet restrictions/his disability.

Mr. Thompson requested that you advise the court of the above, and he continues to face retaliation in various forms and, as such, he would greatly appreciate the Court's intervention. I have not been able to personally visit Mr. Thompson or verify these allegations, which makes his allegations all the more troubling.

All of this information has already been provided and reported through the standard DOC channels.

Thanks again, and please let me know if you have any questions or concerns about the above. Sami