**MEMO ENDORSED**



**T**HE **C**ITY OF **N**EW **Y**ORK

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRYN M. RITCHIE**
Tel.: 2l2-356-0885
email: britchie@law.nyc.gov

June 26, 2025

Judge Jessica G.L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Thompson v. City of New York* 1:21-cv-10371-JGLC-BCM

Dear Judge Clarke,

    The undersigned represents the Defendant New York City in the above action. I write to respond to the letter from Mr. Sami Elamad filed to the docket last night, June 26, 2025. ECF No. 134. By way of background, the parties in the instant matter were most recently ordered to respond to the concerns contained in Mr. Thompson's letters at ECF No. 130 and 131 no later than June 24, 2025. (ECF No. 132)

    Mr. Elamad e-mailed the undersigned the afternoon of June 24, 2025 and shared those concerns, which he admitted by e-mail that he had not verified, as contained in Mr. Elamad's letter filed to this docket. However, such concerns like access to a tablet are typically investigated by the DOC's grievance process and are often resolved therein requiring no Court intervention. Here, there was no indication that Mr. Thompson had utilized the grievance process to investigate these concerns prior to Mr. Elamad's request for Court intervention in this case on Mr. Thompson's behalf. Accordingly, the undersigned explained that he would reach out to DOC regarding Mr. Thompson's concerns contained in Mr. Elamad's e-mail for an appropriate response. The undersigned indicated that he would return DOC's response to Mr. Elamad.

Thank you for your consideration of this matter.

Respectfully Submitted,

/s/

Bryn M. Ritchie
Assistant Corporation Counsel

The Court thanks the parties for the update and encourages them to work to continue resolving this issue internally in accordance with DOC procedures.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: June 26, 2025
      New York, New York