**MEMO ENDORSED**

TO P/o-se Intake unit
FROM: Kwaine Thompson #8252500281
06/18/2025  O.B.C.C

```
                  New York City Department Of Correction              IFCAIT01
                       View/Print Inmate Transactions                 I49970

BAC Number : 8252500281                    THOMPSON,KWAINE

Date     Description       Notes                    Reference      Amount     Balance
05/08/25 COMMISSARY        COMMISSARY0000741862     1349559447  (   97.99)      0.33
05/07/25 POSTAGE/CERT. MAIL 180 MAIDENLN NY10038    1349557099  (    0.73)     98.32
05/06/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP       1349555822      24.00      99.05
05/06/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP    7  1349554520      75.00      75.05
05/01/25 COMMISSARY        COMMISSARY0000737024     1349541838  (  108.87)      0.05
04/30/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP    6  1349540282      35.00     108.92
04/30/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP       1349540269      20.00      73.92
04/27/25 POSTAGE/CERT. MAIL 100CENTER ST,NY10007    1349531032  (    0.73)     53.92

     Available Balance       :  126.37     Unpaid Restitutions  :
     Total Balance           :  126.37     Held Check Balance   :
     Current Facility ID :OBCC             Surcharge Balance    :
     Status              : DETAINED        Uncollected Surcharges:
     Filing Fee Balance      :             Funds in Escrow      :

<Next>=Down Page    <Prev>=Up Page       <F2>=Print Report   <F1?>=Exit
<F17>=Restitutions  <F18>=Phone Calls    <F20>=Date
```

RECEIVED JUL 10 2025 PRO SE OFFICE

(1)

This is where you should see the transaction that my Godfather sent #50 to Securustech.net. But you don't have this money transaction, nor does Bryn. M. Ritchie, luckily my Godfather Michael keeps get records, on 5/29/25 he sent #50 to Securustech.net. Mr. Ritchie is trying his best too pull wool over the Judges eyes Mr. Ritchie knows that an inmate Have 2 accounts, 1 is a commissary account, and the 2nd account is Securustech.net account, where you purchase MUSIC, MOVIES and access Law Library App on Tablet.

— Next —

```
06/18/2025          New York City Department Of Correction           IFCAIT01
                         View/Print Inmate Transactions              I49970

BAC Number : 8252500281                    THOMPSON, KWAINE

Date     Description      Notes                      Reference      Amount    Balance
03/20/25 COMMISSARY       COMMISSARY0000703401       1349440197 (    52.53)    200.05
03/19/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP   6    1349439081      50.00     252.58
03/18/25 MAIL DEPOSIT     089382 EMTC                1349436819      40.99     202.58
03/18/25 MAIL DEPOSIT     089383 EMTC                1349437012     159.01     161.59
03/13/25 COMMISSARY       COMMISSARY0000698064       1349423992 (   102.34)      2.58
03/12/25 3RD PARTY DEPOSITS JPAY01 REMOTE DEP   8    1349423378      50.00     104.92
03/12/25 PAYROLL          3157 CIFM 3/03-3/09        1349422992      22.00      54.92
03/07/25 POSTAGE/CERT. MAIL BOX7344 NY 12224         1349411910 (     0.73)     32.92

    Available Balance    :    126.37     Unpaid Restitutions  :
    Total Balance        :    126.37     Held Check Balance   :
    Current Facility ID  :OBCC           Surcharge Balance    :
    Status               :DETAINED       Uncollected Surcharge:
    Filing Fee Balance   :               Funds in Escrow      :

<Next>=Down Page     <Prev>=Up Page        <F2>=Print Report    <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls     <F20>=Date
```

(2)

Show this printout to the Judges (JGLC)-(BCM) to show how mischievious the city law dept IS, when it comes to Rikers detainees.

P.S.
I still have not recieved my $3,000 settlment It's been 90 days. Where is this money I'm owed as well.

thanks.

Sincerely
K. Thompson

```
06/18/2025            New York City Department Of Correction           IFCAIT01
                          View/Print Inmate Transactions                I49970

BAC Number : 8252500281              THOMPSON,KWAINE

Date       Description          Notes                 Reference      Amount    Balance
04/17/25  POSTAGE/CERT. MAIL  200W112ST#1A,NY10026  1349508917  (     0.73)      9.48
04/17/25  POSTAGE/CERT. MAIL  200W112ST#1A,NY10026  1349505483  (     0.73)     10.21
04/17/25  COMMISSARY          COMMISSARY0000724764  1349507820  (   108.64)     10.94
04/15/25  3RD PARTY DEPOSITS  JPAY01 REMOTE DEP  4  1349504916         50.00    119.58
04/14/25  3RD PARTY DEPOSITS  JPAY01 REMOTE DEP  4  1349502641         50.00     69.58
04/14/25  COMMISSARY          COMM REF   0000719498 1349502233          7.65     19.58
04/13/25  POSTAGE/CERT. MAIL  100CHURCH ST,NY10007  1349496429  (     1.01)     11.93
04/10/25  COMMISSARY          COMMISSARY0000719498  1349491808  (    99.52)     12.94

    Available Balance      :   126.37      Unpaid Restitutions    :
    Total Balance          :   126.37      Held Check Balance     :
    Current Facility ID    : OBCC          Surcharge Balance      :
    Status                 : DETAINED      Uncollected Surcharge  :
    Filing Fee Balance     :               Funds in Escrow        :

<Next>=Down Page     <Prev>=Up Page      <F2>=Print Report    <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls   <F20>=Date
```

(3)

This is my J-PAY print-out all my commissary money. They not, Brian Ritchie knows full well that this is not the securustech.Net Account

please your Honor, I want you too see my securus tech.Net account, This is where my God fAther Michael Needlman sent $50 to put on my Jail Tablet. please Request print out of securustech.Net account!

```
06/18/2025              New York City Department Of Correction              IFCAIT01
                          View/Print Inmate Transactions                     I49970

BAC Number : 8252500281                    THOMPSON,KWAINE

Date      Description        Notes                    Reference       Amount      Balance
06/18/25  POSTAGE/CERT. MAIL  500PEARLST,NY 10007     1349658500  (    0.73)      126.37
06/17/25  3RD PARTY DEPOSITS  JPAY01 REMOTE DEP       1349657120        75.00     127.10
06/13/25  POSTAGE/CERT. MAIL  310 LOWELL MA 01810     1349648041  (    0.73)       52.10
06/13/25  POSTAGE/CERT. MAIL  20 VESEY ST NY 10007    1349648040  (    0.73)       52.83
06/13/25  POSTAGE/CERT. MAIL  7520 HILLSIDE 11432     1349648039  (    0.73)       53.56
06/13/25  POSTAGE/CERT. MAIL  200 PARK AV NY 10166    1349648306  (    0.73)       54.29
06/12/25  3RD PARTY DEPOSITS  JPAY01 REMOTE DEP       1349645970        55.00      55.02
06/12/25  COMMISSARY          COMMISSARY0000772429    1349645438  (   75.22)       0.02
```

| | | | |
|---|---|---|---|
| Available Balance     : 126.37 | Unpaid Restitutions    : |
| Total Balance         : 126.37 | Held Check Balance     : |
| Current Facility ID :OBCC      | Surcharge Balance      : |
| Status               :DETAINED | Uncollected Surcharge: |
| Filing Fee Balance   :         | Funds in Escrow        : |

```
<Next>=Down Page     <Prev>=Up Page        <F2>=Print Report    <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls     <F20>=Date
```



| | THE CITY OF NEW YORK | |
|---|---|---|
| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRYN M. RITCHIE<br>Tel.: 212-356-0885<br>email: britchie@law.nyc.gov |

June 18, 2025

Kwaine Thompson, NYSID: 07289661Q, BC#: 8252500281
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

Re: *Thompson v. City of New York* 1:21-cv-10371-JGLC-BCM

Dear Mr. Thompson,

The undersigned represents the Defendant New York City in the above action. We have received your letters filed on the docket in the above case. I am writing to provide an update on your settlement on the case in which you alleged that you were denied monkeypox testing.

We have received all of the paperwork that you sent to us to complete your settlement. I have submitted to the New York City Comptroller's Office all of the settlement documents that you, me, and your settlement counsel Becca Meyer signed to complete your settlement. The settlement has been approved. Your settlement is in process; rest assured, you will receive the settlement of $3,000 soon.

We have also received the letter in which you said that a charge of $48.60 was deducted from your account. I have asked DOC personnel to provide me information; they have supplied your transactions from March 1, 2025 to the present attached here.

Thank you for your patience here.

Respectfully Submitted,

/s/
Bryn M. Ritchie
Assistant Corporation Counsel

*[Handwritten note:]* Please your honor Request my Securustech.net account? This account is where my money was theft.

Plaintiff should use the DOC's grievance procedure to address any issues with his account. In terms of the settlement payment, the City last informed the Court that the payment is forthcoming. ECF No. 133. If Plaintiff does not receive payment in 30 days, Plaintiff should submit another letter to the Court, at which time, the Court will request an update from the City.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: July 15, 205

    New York, New York

